**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1491**

———————————

EDDIE BRADFORD LEE, "Managing Trustee" of
Silver Will (Company) Trust, Flax Trust,
Rainbow Trust, D & J Trust, Highlander Trust,
Road To Freedom Trust, Tree Trust, HFS Trust,
Cornerstone Trust; WILLIAM SANFORD GADD,
Executive Trustee of Silver Will (Company)
Trust, Flax Trust, Rainbow Trust, D & J Trust,
Highlander Trust, Road To Freedom Trust, Tree
Trust, HFS Trust, Cornerstone Trust; KATHY
CAROL MOORE,

Plaintiffs - Appellants,

and

ONE HUNDRED AND SEVENTY-FIVE MEMBERS OF SILVER
WILL,

Plaintiffs,

HENRY BELL, JR.; ALVIN BOWMAN; ALBERT L.
CALLOWAY; LEE CHANG; JACK ELMORE CLINE; E.
DANE EDWARDS; GERALD B. GABRIEL; CHARLES H.
HOLMES; RAYMOND J. IRRER; SANDRA W. LITTLE;
BOBBY L. MAYHEW; LESIA WHITLEY MAYHEW; JUANITA
D. RICHARDSON; LARTHA L. RICHARDSON; DANA
WILLIAM SISK; ROBERT H. SISK; JAMES BENTON
STEWART; ROGER BERSET; WILLIAM LEO PUTNAM;
BETTY C. NIBLOCK; MICHAEL CASTLEBURY; TRACY
CASTLEBURY; TIM CASTLEBURY; MARK CASTLEBURY;
BLAKE M. MCWHIRTER; JAMES WILLIS VANNOY;
DANIEL THOMAS SAVET; KAREN DIANE SABET,

Parties in Interest,

versus

DAVID A. MCCLELLAN; BECKY RICE; DAN PAULSON;
JULIA MUELLER; H. BRENT MCKNIGHT; WILLIAM J.
WILLIAMSON; WACHOVIA BANK OF NORTH CAROLINA,
N.A.,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert D. Potter, Senior
District Judge. (CA-97-355-3-P)

_____

Submitted: July 22, 1998          Decided: August 5, 1998

_____

Before ERVIN,[*] MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eddie Bradford Lee, William Sanford Gadd, Kathy Carol Moore,
Appellants Pro Se. Jonathan Samuel Cohen, Donald Bruce Tobin,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; James
Michael Sullivan, Assistant United States Attorney, Charlotte,
North Carolina; Ellen M. Gregg, WOMBLE, CARLYLE, SANDRIDGE & RICE,
Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

_____

[*] Judge Ervin did not participate in consideration of this
case. The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d).

PER CURIAM:

Appellants appeal the district court's order granting Defendants' motions to dismiss their civil complaint alleging that Defendants violated their constitutional rights by seizing their assets without a proper warrant. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lee v. McClellan</u>, No. CA-97-355-3-P (W.D.N.C. Nov. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>